**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CR-00027-WLS-ALS |
| | : | |
| ERIC J. CADDY | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

The United States of America and Defendant Eric Caddy jointly move to continue Caddy's initial appearance. (Doc. 5). Therein, Parties request a continuance of Caddy's initial appearance scheduled for Tuesday, January 27, 2026. Parties request the continuance because weather forecasts predict major snow, ice, and sleet on Sunday, January 25, 2026, in the states where Caddy, Defense Counsel, and Counsel for the Government live. (*Id.* at 2). The parties anticipate conditions that will make in-person travel to the Court difficult and/or unsafe. (*Id.*) Parties state that because Defendant has not yet made an initial appearance before the Court, the time from the filing of the Information until the new adjournment date for Defendant's initial appearance are excludable under the Speedy Trial Act. (*Id.* (citing 18 U.S.C. 3161(c)(1)).

For good cause shown, the Parties' Joint Motion (Doc. 5) to continue Caddy's initial appearance is **GRANTED**. Accordingly, it is, **ORDERED**, that the continuance be **EXCLUDED FROM COMPUTATION** under 18 U.S.C. § 3161 for the time from the filing of the Information until the new adjournment date for Defendant's initial appearance. As a result, the initial appearance set for Tuesday, January 27, 2026, at 2:00 P.M. is **CANCELLED** The Court will reschedule the hearing by separate order or notice.

**SO ORDERED**, this 26th day of January 2026.

                               **/s/ W. Louis Sands**
                               **W. LOUIS SANDS, SR. JUDGE**
                               **UNITED STATES DISTRICT COURT**